**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHUKWUMA E. AZUBUKO,

        Plaintiff,

vs.                                           Case No. 3:04-cv-580-J-32MCR

FRAMINGHAM STATE COLLEGE, et al.,

        Defendants.

_____

**ORDER**

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Application to Proceed without Prepayment of Fees and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation recommending that the motion for leave to proceed *in forma pauperis* be denied and that the complaint be dismissed (Doc. 4). Plaintiff filed "First Plaintiff's Motion for Reconsideration" (Doc. 5) and "Plaintiff's First Addendum to 'First Plaintiff's Motion for Reconsideration'" (Doc. 6) which together the Court construes as timely objections to the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1). The Magistrate Judge recommended plaintiff's complaint be dismissed both because it appeared plaintiff was not financially indigent and because his complaint is frivolous and malicious. Plaintiff objects on both grounds.

The Court has independently reviewed the file and finds that the Magistrate Judge properly recommended dismissal of this case because plaintiff's complaint is frivolous within

the meaning of 28 U.S.C. § 1915(e)(2), there being no legal basis upon which plaintiff could maintain this action against these defendants in what is an apparent attempt to re-litigate cases already resolved in Massachusetts state courts.[1]  See Report and Recommendation (Doc. 4) at 2-3.  Accordingly, it is hereby

**ORDERED**:

1.	The Report and Recommendation (Doc. 4) of the Magistrate Judge is **ADOPTED** to the extent that the Court finds plaintiff's motion to proceed *in forma pauperis* is due to be denied and plaintiff's complaint is due to be dismissed.

2.	Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3.	Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice to filing a paid complaint**.

4.	The Clerk is directed to term all pending motions and **close** the file.

**DONE AND ORDERED** at Jacksonville, Florida this 17th day of June, 2005.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

pro se plaintiff

---

[1]Thus, the Court need not consider whether, upon amendment, plaintiff might have shown that he was financially unable to pay the filing fee.